IN THE CIRCUIT COURT OF *OHIO* COUNTY, WEST VIRGINIA

EDNA J. TULLIUS

          Plaintiff,

vs.                                  CIVIL ACTION NO. 15-C-223

SILGAN PLASTICS CORPORATION         Judge Sims

          Defendant.

## COMPLAINT

1. Edna J. Tullius is a resident of West Virginia who resides at 321 Hughes Street, Wheeling, West Virginia.

2. Silgan Plastics Corporation (hereinafter "Silgan") is a Delaware corporation. Its notice of process agent listed with the West Virginia Secretary of State is CT Corporation System, 5400 D Big Tyler Road, Charleston, West Virginia 25313.

3. Debbie A. Turziano is a resident of West Virginia who resides at 11 Barrington Drive, Wheeling, West Virginia 26003.

3. Edna J. Tullius was employed by Silgan in Ohio County, West Virginia.

4. By letter dated August 20, 2013, from Debbie Turziano, Human Resources Manager for Silgan, Edna J. Tullius was advised of the termination of her active employment "effective 8/17/2013."

5. Edna J. Tullius was on short term disability leave from February 19, 2013 to August 17, 2013, through a policy issued to her through her work at Silgan.

6. Defendants were aware of Edna J. Tullius being on short term disability before her termination.

7. Defendants were aware that Edna J. Tullius had also applied for long term


EXHIBIT 2

disability that was available to her through her work at Silgan before her termination.

8. Edna J. Tullius recovered from her disability and has the capacity to return to her former position or comparable position at Silgan.

9. Defendants became aware that Edna J. Tullius' application for long term disability had been denied as she did not meet the definition of disability for that policy and did not offer to reinstate her, even though they knew, or should have known, that she wanted to come back to work.

10. Syl. Pt. 4, Haynes v. Rhone-Poulenc, Inc., 206 W.Va. 18, 521 S.E.2d 331 (1999) states:

> Under the West Virginia Human Rights Act, W.Va. Code § 5-11-1 et. seq., required reasonable accommodation may include a temporary leave of absence that does not impose an undue hardship upon an employer, for the purposes of recovery from or improvement of the disabling condition that gives rise to the employee's temporary inability to perform the requirements of his or her job.

11. Providing Edna J. Tullius a reasonable accommodation of a temporary leave of absence would not have imposed, and presently does not impose, an undue hardship upon Silgan.

## COUNT I - WEST VIRGINIA HUMAN RIGHTS ACT

12. Defendants failed to provide Edna J. Tullius with the reasonable accommodation of a temporary leave of absence in violation of the West Virginia Human Rights Act.

13. Defendants discriminated against Edna J. Tullius because she had a disability or was regarded as having a disability in violation of the West Virginia Human Rights Act.

14. Defendants retaliated against Edna J. Tullius for taking medical leave in violation of the West Virginia Human Rights Act, West Virginia Code, § 5-11-9(1) & (7)(A).

## COUNT II - ANIMUS

15. Defendants' actions toward Edna J. Tullius by discriminating against her were

intentional, willful, wanton and/or reckless with disregard to her rights under the West Virginia Human Rights Act entitling her to punitive damages.

16. Defendants' actions toward Edna J. Tullius by retaliating against her for taking medical leaves were intentional, willful, wanton and/or reckless with disregard to her rights under the West Virginia Human Rights Act entitling her to punitive damages.

## COUNT III - DAMAGES

17. As a proximate cause of Defendant's actions Edna J. Tullius has lost and will continue to lose wages and benefits, suffered and will continue to suffer emotional distress, has incurred court costs and may incur attorney fees and litigation expenses.

WHEREFORE, Plaintiff prays for judgment against the Defendants, Silgan Plastics Corporation and Debbie A. Turziano for compensatory damages, punitive damages, attorney fees, litigation costs, pre-judgment interest, post-judgment interest, reinstatement, court costs and any other relief that may be available to her in law or equity.

Plaintiff requests a trial by jury.

*Edna Jo Tullius (Redman)*
EDNA J. TULLIUS

CIVIL CASE INFORMATION STATEMENT
CIVIL CASES
(Other than Domestic Relations)

In the Circuit Court, __Ohio__ County, West Virginia

CASE STYLED:

Plaintiff(s)                Case # __15-C-223__
                            Judge __Sims__

Edna Jo Redman/Tullius
321 Hughes St Wheeling
vs. WV 26003

| Defendant(s) | Days to Answer | Type of Service |
|---|---|---|
| Silgan Plastics (Dallas Pike) Industrial Park Triadelphia WV 26003 (26059?) | 20 | Sheriff |
| Debbie A. Turziano 11 Barrington Drive Wheeling WV 26003 | 20 | Sheriff |

Street
City, State, Zip

Street
City, State, Zip

Original and __3__ copies of complaint enclosed/attached.

PLAINTIFF: Edna Jo Redman/Tullius
DEFENDANT: Silgan Plastics/Debbie Turziano

CASE NUMBER:

## TYPE OF CASE:

| | | |
|---|---|---|
| ☐ GENERAL CIVIL | ☐ ADOPTION | ☐ MALPRACTICE |
| ☐ MASS LITIGATION (As defined in T.C.R. RULE XIX(c)) | ☐ ADMINISTRATIVE AGENCY APPEAL | ☐ PERSONAL INJURY |
| ☐ ASBESTOS | ☐ CIVIL APPEAL FROM MAGISTRATE COURT | ☐ PRODUCT LIABILITY |
| ☐ CARPAL TUNNEL SYNDROME | ☐ MISCELLANEOUS CIVIL | ☐ AUTO |
| ☐ SILICONE IMPLANTS | ☐ MENTAL HYGIENE | ☐ CONTRACT |
| ☐ INDUSTRIAL HEARING LOSS | ☐ GUARDIANSHIP | ☐ REAL PROPERTY |
| ☐ DIET DRUGS | ☐ MODIFICATION/ MAGISTRATE RULING | ☐ HABEAS CORPUS/OTHER EXTRAORDINARY WRIT |
| ☐ NOTE/PAYMENT OF DEBT | ☐ COMMERCIAL CREDIT | ☒ OTHER (Civil) wrongful termination |

III. JURY DEMAND: ☒ YES ☐ NO

CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR): Sept / 2015

I have all my documentation & solid proof of a wrongful termination ready now

IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY? ☐ YES ☒ NO
IF YES, PLEASE SPECIFY:

☐ WHEELCHAIR ACCESSIBLE HEARING ROOM AND OTHER FACILITIES
☐ INTERPRETER OR OTHER AUXILIARY AID FOR THE HEARING IMPAIRED
☐ READER OR OTHER AUXILIARY AID FOR THE VISUALLY IMPAIRED
☐ SPOKESPERSON OR OTHER AUXILIARY AID FOR THE SPEECH IMPAIRED
☐ OTHER:

ATTORNEY NAME: _____

FIRM: _____

ADDRESS: _____

TELEPHONE: _____

DATED: _____

*Representing:*

☐ Plaintiff   ☐ Defendant

☐ Cross-Complainant

☐ Cross-Defendant

☒ PROCEEDING WITHOUT AN ATTORNEY    SIGNATURE: Edna Jo Tullius

Currently proceeding w/out an attorney because I don't feel I need one, I feel this case is all black & white & I have enough evidence to prove it. I am going to contact legal aid. My friend Ron Kosserman Jr looked over my documents & said I need file suit, but I waited too

# SUMMONS
## CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

**EDNA JO REDMEN**
        **PLAINTIFF,**
VS.                  CIVIL ACTION NO. 15-C-223
                      JUDGE: DAVID J. SIMS

**SILGAN PLASTICS**
        **DEFENDANT.**

**To the above named Defendant:**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon EDNA JO REDMEN/TULLIUS, whose address is 321 HUGHES STREET, WHEELING, WV 26003 an answer including any related counterclaim you may have to the complaint filed against you in the above civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above style civil action.

                                      BRENDA L MILLER
                                      CLERK OF COURT

Dated: August 11, 2015
                          BY: *Brenda L. Miller*
                                      DEPUTY CLERK

*Please Serve:*
*SILGAN PLASTICS*
*DALLAS PIKE INDUSTRIAL PARK*
*TRIADELPHIA, WV 26059*

d:\corel\boiler\civsum.wpd

# SUMMONS
## CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

EDNA JO REDMEN
      PLAINTIFF,

VS.              CIVIL ACTION NO. 15-C-223
                  JUDGE: DAVID J. SIMS

SILGAN PLASTICS
      DEFENDANT.

**To the above named Defendant:**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon EDNA JO REDMEN/TULLIUS, whose address is 321 HUGHES STREET, WHEELING, WV 26003 an answer including any related counterclaim you may have to the complaint filed against you in the above civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above style civil action.

                                            BRENDA L MILLER
                                            CLERK OF COURT

Dated: August 11, 2015

BY:      *Brenda L. Miller*
                DEPUTY CLERK

*Please Serve:*
*DEBBIE TURZIANO*
*11 BARRINGTON DRIVE*
*WHEELING, WV 26003*



d:\corel\boiler\civsum.wpd