FILED: January 18, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1713
(5:15-cv-00149-FPS-JES)
_____

EDNA J. TULLIUS

      Plaintiff - Appellant

v.

SILGAN PLASTICS CORPORATION

      Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered December 27, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*